IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TROJAN BATTERY COMPANY LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:21-cv-03075 |
| | ) | |
| TROJAN EV LLC and GOLF CARTS OF CYPRESS LLC, | ) ) | |
| | ) | |
|     Defendant. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Defendants Trojan EV LLC and Golf Carts of Cypress LLC (hereinafter collectively "Defendants"), through undersigned counsel, respectfully file this Unopposed Motion for Leave to File Documents Under Seal and in support of such motion show the following:

Certain of the parties' admitted trial exhibits contain the parties' confidential and proprietary information. Specifically, Defendants seek leave to file under seal the following documents:

1. Defendants' Trial Exhibits 22, 23, 31 and Plaintiff's Trial Exhibits 96, 98, 100, 102, 165, 180 and 209.

Defendants' file Defendants' Trial Exhibits 22 and 23 under seal at TBC's request.

Under Rule 5.2(d) of the Federal Rules of Civil Procedure, the Court "may order that a filing be made under seal without redaction." To preserve the confidentiality of the

1

information discussed in the referenced documents, Defendants seek the Court's permission to file the identified documents under seal.

Accordingly, Defendants respectfully ask that the Court grant Defendants' request for leave to file under seal Defendants' Trial Exhibits 22, 23, 31 and Plaintiff's Trial Exhibits 96, 98, 100, 102, 165, 180 and 209.

Dated:  June 20, 2023

Respectfully submitted,

**PATTERSON + SHERIDAN, LLP**

By: /s/ Jerry R. Selinger
Jerry R. Selinger
Attorney-in-Charge
Texas State Bar No. 18008250
S.D. Tex. # 8020
1700 Pacific Avenue, Suite 2650
Dallas, TX  75201
Telephone:  214-272-0957
Facsimile:   713-623-4846
jselinger@pattersonsheridan.com

Aaron D. Perkins
Texas State Bar No. 24048967
S.D. Texas No. 595655
Kyrie Cameron
Texas State Bar No. 24097450
S.D. Tex. No. 3528921
Simon J. Harrall
Texas State Bar No. 24116486
S.D. Tex. No. 3804815
24 Greenway Plaza, Suite 1600
Houston, TX  77046
aperkins@pattersonsheridan.com
kcameron@pattersonsheridan.com
sharrall@pattersonsheridan.com

ATTORNEYS FOR DEFENDANTS
TROJAN EV LLC and GOLF CARTS
OF CYPRESS LLC

## CERTIFICATE OF CONFERENCE

I certify that on June 20, 2023, I conferred with Tyler Marandola, counsel for Plaintiff.  Mr. Marandola advised that plaintiff does not oppose the foregoing motion.

SIGNED this 20th day of June 2023.

*/s/ Jerry R. Selinger*
Jerry Selinger

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's electronic case filing (ECF) system on June 20, 2023.

*/s/ Jerry R. Selinger*
Jerry R. Selinger