IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TROJAN BATTERY COMPANY LLC,<br>    Plaintiff,<br><br>v.<br><br>TROJAN EV LLC and GOLF CARTS<br>OF CYPRESS LLC,<br><br>    Defendant. | )<br>)<br>)<br>)    Civil Action No. 4:21-cv-03075<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION FOR LEAVE TO FILE UNDER SEAL**

The Court, having considered Defendants Trojan EV LLC's and Golf Carts of Cypress LLC's Unopposed Motion for Leave to File Documents Under Seal with regard to certain admitted trial exhibits is GRANTED. Accordingly, Defendants' admitted trial exhibits 22, 23, and 31 and Plaintiff's admitted trial exhibits 96, 98, 100, 102, 165, 180 and 209 are to be filed under seal.

    IT IS SO ORDERED.

    SIGNED this ___ day of _____, 2023.

                                            _____
                                            THE HONORABLE GEORGE C. HANKS JR.
                                            UNITED STATES DISTRICT JUDGE