IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TROJAN BATTERY COMPANY LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:21-cv-03075 |
| | ) | |
| TROJAN EV LLC and GOLF CARTS OF CYPRESS LLC, | ) ) | |
| | ) | |
|     Defendants. | ) | |

## JOINT EXHIBIT LIST OF EXHIBITS ADMITTED AT BENCH TRIAL

Plaintiff Trojan Battery Company and Defendants Trojan EV, LLC and Golf Carts of Cypress, LLC jointly submit this list of exhibits that the parties agree and the record reflects were admitted at the bench trial held from June 8, 2023 to June 13, 2023. For exhibits that were pre-admitted, in accordance with the Court's procedures, the parties only identify those exhibits that were used with a witness.

| Exhibit # | Exhibit Description |
|---|---|
| JTX 1 | Trademark Reg. No. 1,813,578 for Trojan Word Mark |
| JTX 2 | Trademark Reg. No. 5,182,780 for Trojan Battery Sales Word Mark |
| JTX 3 | Trademark Reg. No. 5,951,233 for Trojan Logo Mark |
| JTX 4 | Green Motor Technologies Text Messages |
| JTX 5 | EV Titan Trademark Registration |
| JTX 6 | EV Titan Word Trademark Registration |
| JTX 7 | Golf Carts of Cypress Trademark Registration |
| JTX 8 | Golf Carts of Cypress Word Trademark Registration |
| JTX 9 | Trojan Battery Branding Guidelines |
| JTX 10 | Trojan EV Domain Information |
| JTX 11 | Trojan EV Signs and Banners |
| JTX 12 | Trojan-EV Logo Approval |
| JTX 14 | U.S. Trademark Application No. 90/573,175. |

| | |
|---|---|
| JTX 15 | U.S. Trademark Application No. 90/596,346. |
| | |
| PTX 4 | Trojan Battery Company 2018-2022 Golf Marketing Budget<br>TROBAT0000613 |
| PTX 5 | Trojan Battery Master Distributor Map<br>TROBAT0000004-06 |
| PTX 7 | Trojan Battery Golf Brochure<br>TROBAT0000030-37 |
| PTX 9 | Trojan Golf Battery Comparison<br>TROBAT0000040 |
| PTX 12 | Photograph Trojan Battery 2022 PGA Booth 3<br>TROBAT0000048 |
| PTX 14 | Trojan Battery Lithium Press Release<br>TROBAT0000057-58 |
| PTX 15 | Trojan Lithium-Ion Master Distributor Badge<br>TROBAT0000095 |
| PTX 16 | Trojan Lithium-Ion Authorized Dealer Badge<br>TROBAT0000137 |
| PTX 19 | Trojan Battery Sales Golf Cart Webpage<br>TROBAT0000159-160 |
| PTX 20 | Trojan Golf Brochure<br>TROBAT0000167-168 |
| PTX 23 | Trojan Battery July 30, 2021 Cease and Desist Letter<br>TROBAT0000237-251 |
| PTX 25 | Nashville Powersports Documents<br>TROJAN EV000183-204 |
| PTX 26 | Trojan Battery Company 3-Year Strategic Plan<br>TROBAT0000260-280 |
| PTX 27 | Trojan Battery Company Sales 2018-2022<br>TROBAT0000281 |
| PTX 29 | Trojan-EV Instagram<br>TROJAN EV 000221-223 |
| PTX 30 | Trojan Battery Company Dealer Locator<br>TROBAT0000282-474 |
| PTX 31 | B&W Golf Cars Dealer Agreement<br>TROJAN EV000209-226 |
| PTX 32 | Back9 Golf Carts Dealer Agreement<br>TROJAN EV000227-242 |
| PTX 33 | BMK Golf Carts Dealer Agreement<br>TROJAN EV000243-258 |
| PTX 36 | East Central Sports Dealer Agreement<br>TROJAN EV000293-307 |
| PTX 39 | Golf Carts of Cypress Dealer Agreement<br>TROJAN EV000341-356 |

| | |
|---|---|
| PTX 40 | Golf Carts of Texas Dealer Agreement<br>TROJAN EV000357-373 |
| PTX 52 | Photograph Trojan Battery Company GCSAA 2022 Booth<br>TROBAT0000559 |
| PTX 54 | Trojan Battery Company Lithium Billboard 2022<br>TROBAT0000607 |
| PTX 56 | Photograph Trojan Battery 2022 PGA Booth<br>TROBAT0000610 |
| PTX 59 | B&W Golf Cars Become a Dealer Message<br>TROJAN EV000550 |
| PTX 64 | CW Golf Carts Become a Dealer Email<br>TROJAN EV000590 |
| PTX 68 | The Curious Pig Become a Dealer Email<br>TROJAN EV000632 |
| PTX 69 | Gotta Go Golf Carts Become a Dealer Email<br>TROJAN EV000661 |
| PTX 75 | Carts and Parts Become a Dealer Email<br>TROJAN EV000690 |
| PTX 82 | Indian River Golf Cars Become a Dealer Email<br>TROJAN EV000756 |
| PTX 84 | Dorchester Auto Sales & Service Inc. Become a Dealer Email<br>TROJAN EV000779 |
| PTX 85 | Back9 Golf Carts Become a Dealer Email<br>TROJAN EV000782 |
| PTX 96 | Trojan EV Profit and Loss by Customer<br>TROJAN EV001102-1105 |
| PTX 98 | Trojan EV Golf Carting Magazine Ad Buy<br>TROJAN EV001118-1121 |
| PTX 99 | Trojan EV Golf Car Option Ad Buy<br>TROJAN EV001122 |
| PTX 100 | Trojan EV Profit and Loss 2021<br>TROJAN EV001125 |
| PTX 102 | Trojan EV Sales by Customer Detail<br>TROJAN EV001205 |
| PTX 103 | Trojan EV Yamaha Golf Cars Solicitation Email<br>TROJAN EV001218 |
| PTX 104 | Yamaha Golf Cars New Authorized Dealer Interest Form<br>TROJAN EV001219 |
| PTX 109 | Nashville Powersports Solicitation Email<br>TROJAN EV001256 |
| PTX 165 | Golf Carts of Cypress Sales by Product Detail<br>TROJAN EV001810-1816 |
| PTX 167 | Golf Carting Magazine February 2022<br>TROBAT0000655 |

| PTX 168 | Golf Car Options May 2022<br>TROBAT0000707-814 |
|---|---|
| PTX 170 | Golf Car Options October 2022<br>TROBAT0000850-945 |
| PTX 172 | Golf Carting Magazine November 2020<br>TROBAT0001001-1052 |
| PTX 174 | Trojan EV Website<br>S10929224-trojanev.com_2022-10-14T20-26-37 |
| PTX 175 | Golf Carts of Cypress Website<br>S10929230-golfcartscypress.com_2022-10-14T20-27-58 |
| PTX 177 | Golf Carts of Cypress Shop Page<br>S10929242-golfcartscypress.com_2022-10-14T20-30-29 |
| PTX 179 | Trojan Battery Company Instagram<br>TROBAT0001636-1648 |
| PTX 180 | Trojan EV Profit and Loss 2022<br>TROJAN EV001822 |
| PTX 186 | Mid-America Customs Dealer Agreement<br>TROJAN EV001864-1880 |
| PTX 187 | Mid-America Customs Signature Page<br>TROJAN EV001881 |
| PTX 189 | Foshan Proforma Invoice 10/21/2020<br>TROJAN EV000541 |
| PTX 190 | Foshan Proforma Invoice 11/11/2020<br>TROJAN EV000542 |
| PTX 194 | Trojan Battery Linkedin Posts<br>TROBAT0002060-2153 |
| PTX 206 | Nashville Powersports Website Custom 4-Passenger<br>P091 |
| PTX 209 | Trojan EV Confidential Dealer Price List<br>TROJAN EV000162 |
| PTX 215 | East Central Sports Inventory Page<br>P031 |
| PTX 216 | East Central Sports Termination Email<br>P027 |
| PTX 217 | East Central Sports Dealer Agreement<br>P026 |
| PTX 218 | East Central Sports Authorized Dealer Inquiry<br>P024 |
| PTX 219 | East Central Sports New Authorized Dealer Form Email<br>P025 |
| PTX 220 | East Central Sports Order Form<br>P029 |
| PTX 221 | East Central Sports Trojan EV Black Pictures<br>P034 |

| | |
|---|---|
| PTX 222 | East Central Sports Trojan EV Capri Pictures<br>P033 |
| PTX 223 | East Central Sports Trojan EV Capri Promotional Pictures<br>P032 |
| PTX 225 | Sanders/Malloy Email Regarding Trojan EV<br>TROBAT0000001-3 |
| PTX 226 | Golf Carts of Cypress Trojan EV Sea Green<br>P068 |
| PTX 228 | Golf Carts of Cypress Service Center Page<br>P018 |
| PTX 231 | Nashville Powersports Website Homepage<br>P090 |
| PTX 238 | B&W Photos - Trojan-EV Pink Cart<br>TROBAT0002185 |
| PTX 241 | B&W Photos - Trojan Lithium Installed Top View<br>TROBAT0002188 |
| PTX 244 | B&W Photos - Trojan Battery Lithium Sign and Literature Stand<br>TROBAT0002191 |
| PTX 245 | B&W Photos - Trojan Authorized Dealer Banner<br>TROBAT0002192 |
| PTX 247 | B&W Photos - Trojan Batteries Sold Here<br>TROBAT0002194 |
| PTX 249 | East Central Sports Invoice from Trojan EV<br>P030 |
| PTX 250 | Trojan EV-X Promotional Email<br>P036 |
| PTX 251 | Trojan EV Marketing Material Email<br>P037 |
| PTX 252 | Prosper Golf Carts Website<br>TROBAT0002196-2215 |
| PTX 253 | Golf Carting Magazine April 2023<br>TROBAT0002328-79 |
| PTX 254 | Prosper Golf Carts, LLC Dealer Agreement<br>TROJAN EV002002-17 |
| PTX 258 | William Bueso Contact Us Email<br>TROJAN EV002115 |
| PTX 261 | Updated Trojan Battery Sales 2019-2023<br>TROBAT002380 |
| PTX 262 | Golf Carts of Cypress – 2017 Electric Club Car Precedent Phoenix Blue |
| PTX 263 | Golf Carts of Cypress – 2020 Electric EZGo Custom Breeze Body Luxury |
| PTX 264 | U.S. Trademark Registration No. 281,689 |
| | |
| DTX 1 | TROJAN EV000138 - 145 (GCC certificate of formation, 8/15/19) |
| DTX 2 | EV000146-150 (Trojan EV LLC Articles of Organization, 10/21/20) |
| DTX 4 | EV000024-37 (LegalZoom TM search and report extract with cover email) |

| | |
|---|---|
| DTX 5 | EV000052-56 (Pigott Ex. 13) (official USPTO notice of publication of Trojan-EV word mark) |
| DTX 6 | EV000106-110 (Pigott Ex. 12) (official USPTO notice of publication of Trojan-EV stylized mark) |
| DTX 7 | EV001819-21 (Transaction for registering trojanev.com domain) |
| DTX 9 | EV001828-29 (Purchase of store banners on November 15, 2020) |
| DTX 10 | TROBAT0000252-254 (Response letter from counsel concerning TBC's accusations of infringement) |
| DTX 14 | Harrall Oct. 19, 2022 declaration with attachments (Providing samples of federal registrations including the word "Trojan") |
| DTX 15 | Harrall Nov. 11, 2022 declaration with attachments (Providing documents published by USPTO and WIPO explaining International TM classes for the years 2021 and 2022) |
| DTX 19 | TROBAT0000508-15 (Pigott Ex. 21) (2012 TBC-Yamaha lead acid batteries requirements contract) |
| DTX 22 | TROBAT0000479-507 (Pigott Ex. 25) (June 1, 2022 Master Distribution Agreement between Continental and C&D) |
| DTX 23 | TROBAT0000475 (Pigott Ex. 26) (Nov. 2021 TBC price list for Continental) |
| DTX 25 | TROBAT0000049 (image showing TBC's batteries as labeled) |
| DTX 26A | EV000205 (breakdown of mold costs) |
| DTX 26B | EV001825-827 (breakdown of mold costs) |
| DTX 27 | EV001825-827 (breakdown of mold costs) |
| DTX 30 | EV001125 (Trojan EV profit and loss Jan – Dec 2021) |
| DTX 31 | EV001823 (Trojan EV profit and loss Jan – Oct 13, 2022) |
| DTX 34 | CONBAT0000003-5 (Williams Ex. 7) (November 2020 email chain between John Cegielski and Jose Fuentes) |

Dated: June 20, 2023

**DUANE MORRIS LLP**

By:/*s/Tyler R. Marandola*
Gilbert A. Greene, attorney-in-charge
Texas State Bar No. 240455976
S.D. Texas Bar No. 3313561
bgreene@duanemorris.com
Las Cimas IV
900 S. Capital of Texas Hwy, Suite 300
Austin, TX 78746-5435
Telephone: (512) 277-2300
Fax: (512) 277-2301

Nicole K. McLaughlin (*admitted pro hac vice*)
nkmclaughlin@duanemorris.com
Tyler Marandola (*admitted pro hac vice*)
tmarandola@duanemorris.com
Duane Morris, LLP
30 South 17th Street
Philadelphia, PA 19103
Tel:  215-979-1000
Fax: 215-979-1020

*Attorneys for Plaintiff, Trojan Battery Company, LLC*

**PATTERSON + SHERIDAN, LLP**

By: */s/ Jerry R. Selinger*
Jerry R. Selinger
Attorney-in-Charge
Texas State Bar No. 18008250
S.D. Tex. # 8020
1700 Pacific Avenue, Suite 2650
Dallas, TX 75201
Telephone: 214-272-0957
Facsimile: 713-623-4846
jselinger@pattersonsheridan.com

Aaron D. Perkins
Texas State Bar No. 24048967
S.D. Texas No. 595655
Kyrie Cameron
Texas State Bar No. 24097450
S.D. Tex. No. 3528921
Simon J. Harrall
Texas State Bar No. 24116486
S.D. Tex. No. 3804815
24 Greenway Plaza, Suite 1600
Houston, TX 77046
aperkins@pattersonsheridan.com
kcameron@pattersonsheridan.com
sharrall@pattersonsheridan.com

*Attorneys for Defendants Trojan EV LLC And Golf Carts Of Cypress LLC*

## CERTIFICATE OF SERVICE

I certify that on June 20, 2023, I served a true and correct copy of the foregoing document upon all counsel entitled to receive such notice via the Court's electronic filing system and/or electronic mail.

                                      */s/Tyler Marandola*
                                      Tyler Marandola