|  |  |  |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $300 | **Certificate of Formation<br>Limited Liability Company** | Filed in the Office of the<br>Secretary of State of Texas<br>Filing #: 803395188 08/15/2019<br>Document #: 907116280002<br>Image Generated Electronically<br>for Web Filing |

**Article 1 - Entity Name and Type**

The filing entity being formed is a limited liability company. The name of the entity is:

**GOLF CARTS OF CYPRESS L.L.C.**

**Article 2 – Registered Agent and Registered Office**

☐ A. The initial registered agent is an organization (cannot be company named above) by the name of:

OR

☒ B. The initial registered agent is an individual resident of the state whose name is set forth below:

**Name:**
**FEDERICO    NELL**

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**10801 HAMMERLY BLVD STE 210   HOUSTON  TX  77043**

**Consent of Registered Agent**

☐ A. A copy of the consent of registered agent is attached.

OR

☒ B. The consent of the registered agent is maintained by the entity.

**Article 3 - Governing Authority**

☐ A. The limited liability company is to be managed by managers.

OR

☒ B. The limited liability company will not have managers. Management of the company is reserved to the members. The names and addresses of the governing persons are set forth below:

Managing Member 1: (Business Name)  **THE TOOL SHED, LLC**

Address:  **10801 HAMMERLY BLVD STE 210   HOUSTON  TX, USA  77043**

**Article 4 - Purpose**

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**



Trojan EV & GCC
**DTX-1**
No 4:21-cv-03075

TROJAN EV000138

[The attached addendum, if any, is incorporated herein by reference.]

## Organizer

The name and address of the organizer are set forth below.

**MARSHA SIHA**     17350 STATE HWY 249 #220 HOUSTON TX 77064

## Effectiveness of Filing

☑ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**MARSHA SIHA**

Signature of Organizer

FILING OFFICE COPY

TROJAN EV000139

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Jose A. Esparza
Deputy Secretary of State

# Office of the Secretary of State

August 19, 2019

Attn: INCFILE.COM LLC

INCFILE.COM LLC
17350 STATE HWY 249, SUITE 220
Houston, TX 77064 USA

RE: GOLF CARTS OF CYPRESS L.L.C.
File Number: 803395188

----

It has been our pleasure to file the certificate of formation and issue the enclosed certificate of filing evidencing the existence of the newly created domestic limited liability company (llc).

Unless exempted, the entity formed is subject to state tax laws, including franchise tax laws. Shortly, the Comptroller of Public Accounts will be contacting the entity at its registered office for information that will assist the Comptroller in setting up the franchise tax account for the entity. Information about franchise tax, and contact information for the Comptroller's office, is available on their web site at http://window.state.tx.us/taxinfo/franchise/index.html.

The entity formed does not file annual reports with the Secretary of State. Documents will be filed with the Secretary of State if the entity needs to amend one of the provisions in its certificate of formation. It is important for the entity to continuously maintain a registered agent and office in Texas. Failure to maintain an agent or office or file a change to the information in Texas may result in the involuntary termination of the entity.

If we can be of further service at any time, please let us know.

Sincerely,


Corporations Section
Business & Public Filings Division
(512) 463-5555

Enclosure

Come visit us on the internet at https://www.sos.texas.gov/

Phone: (512) 463-5555         Fax: (512) 463-5709         TROJAN ifer P030 $40ices
Prepared by: Elizabeth "Annie" Denton     TID: 10285     Document: 907116280002

Corporations Section  
P.O.Box 13697  
Austin, Texas 78711-3697

Jose A. Esparza  
Deputy Secretary of State

# Office of the Secretary of State

### CERTIFICATE OF FILING
### OF

GOLF CARTS OF CYPRESS L.L.C.  
File Number: 803395188

The undersigned, as Secretary of State of Texas, hereby certifies that a Certificate of Formation for the above named Domestic Limited Liability Company (LLC) has been received in this office and has been found to conform to the applicable provisions of law.

ACCORDINGLY, the undersigned, as Secretary of State, and by virtue of the authority vested in the secretary by law, hereby issues this certificate evidencing filing effective on the date shown below.

The issuance of this certificate does not authorize the use of a name in this state in violation of the rights of another under the federal Trademark Act of 1946, the Texas trademark law, the Assumed Business or Professional Name Act, or the common law.

Dated: 08/15/2019

Effective: 08/15/2019



Jose A. Esparza  
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

| Phone: (512) 463-5555 | Fax: (512) 463-5709 | TID: 10306 | TROJAN ENVIRO Services |
| Prepared by: Elizabeth "Annie" Denton | | | Document: 907116280002 |

| Form 424 (Revised 05/11) Submit in duplicate to: Secretary of State P.O. Box 13697 Austin, TX 78711-3697 512 463-5555 FAX: 512/463-5709 Filing Fee: See instructions |  Certificate of Amendment | This space reserved for office use. |

## Entity Information

The name of the filing entity is:

GOLF CARTS OF CYPRESS L.L.C.

State the name of the entity as currently shown in the records of the secretary of state. If the amendment changes the name of the entity, state the old name and not the new name.

The filing entity is a: (Select the appropriate entity type below.)

- [x] For-profit Corporation
- [ ] Nonprofit Corporation
- [ ] Cooperative Association
- [ ] Limited Liability Company
- [ ] Professional Corporation
- [ ] Professional Limited Liability Company
- [ ] Professional Association
- [ ] Limited Partnership

The file number issued to the filing entity by the secretary of state is: 0803395188

The date of formation of the entity is: 08/15/2019

## Amendments

### 1. Amended Name
(If the purpose of the certificate of amendment is to change the name of the entity, use the following statement)

The amendment changes the certificate of formation to change the article or provision that names the filing entity. The article or provision is amended to read as follows:

The name of the filing entity is: (state the new name of the entity below)

___

The name of the entity must contain an organizational designation or accepted abbreviation of such term, as applicable.

### 2. Amended Registered Agent/Registered Office

The amendment changes the certificate of formation to change the article or provision stating the name of the registered agent and the registered office address of the filing entity. The article or provision is amended to read as follows:

TROJAN EV000142

Registered Agent
(Complete either A or B, but not both. Also complete C.)

☐ A. The registered agent is an organization (cannot be entity named above) by the name of:

_____

OR

☐ B. The registered agent is an individual resident of the state whose name is:

| First Name | M.I. | Last Name | Suffix |

The person executing this instrument affirms that the person designated as the new registered agent has consented to serve as registered agent.

C. The business address of the registered agent and the registered office address is:

                                                                                                                       TX

| Street Address (No P.O. Box) | City | State | Zip Code |

### 3. Other Added, Altered, or Deleted Provisions

Other changes or additions to the certificate of formation may be made in the space provided below. If the space provided is insufficient, incorporate the additional text by providing an attachment to this form. Please read the instructions to this form for further information on format.

Text Area (The attached addendum, if any, is incorporated herein by reference.)

☑ **Add** each of the following provisions to the certificate of formation. The identification or reference of the added provision and the full text are as follows:

Article 3 - Governing Authority - Managing Member 1 -  Federico D. Nell

    Federico Nell
    President and Managing Member
    Address, 10801 Hammerly Blvd, Ste 210, Houston, TX 77043

☐ **Alter** each of the following provisions of the certificate of formation. The identification or reference of the altered provision and the full text of the provision as amended are as follows:

☑ **Delete** each of the provisions identified below from the certificate of formation.

Article 3 - Governing Authority - Managing Member 1 -  THE TOOL SHED, LLC

### Statement of Approval

The amendments to the certificate of formation have been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity.

Form 424

7

TROJAN EV000143

Form 424

**Effectiveness of Filing** (Select either A, B, or C.)

A. [✓] This document becomes effective when the document is filed by the secretary of state.

B. [ ] This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. [ ] This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

**Execution**

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date:  02/10/2021

By: _____
Signature of authorized person

Federico Nell - President and Managing Member
Printed or typed name of authorized person (see instructions)

TROJAN EV000144

MEMBER RESOLUTION
OF
GOLF CARTS OF CYPRESS, LLC

We, the undersigned Member(s) of Golf Carts of Cypress, LLC, a limited liability company duly organized and existing under the laws of Texas (hereinafter the "Company"), with authority granted in the Operating Agreement to make binding resolutions on behalf of the Company, hereby resolve:

To amend the Certificate of Formation from having THE TOOL SHED, LLC as managing Member to Federico Nell being the Managing Member, on behalf of the Company. The address will still be the property located at 10801 Hammerly Blvd, STE 210, Houston, TX 77043.

Federico Nell is already the Managing Member of THE TOOL SHED, LLC, and authorized to sign on behalf of THE TOOL SHED, LLC.

By affirmative votes noted as signatures below, a majority vote of the Members of Golf Carts of Cypress, LLC with authority to bind the Company approves the form and content of this resolution, to be effective immediately.

MEMBERS

_____    2/10/21
Federico Nell                      Date
Managing Member of Both
The Tool Shed, LLC, and
Golf Carts of Cypress, LLC

TROJAN EV000145