STATE OF WYOMING
Office of the Secretary of State

I, EDWARD A. BUCHANAN, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that according to the records of this office,

Trojan EV, LLC

is a

Limited Liability Company

formed or qualified under the laws of Wyoming did on October 21, 2020, comply with all applicable requirements of this office.  Its period of duration is Perpetual.  This entity has been assigned entity identification number 2020-000953356.

This entity is in existence and in good standing in this office and has filed all annual reports and paid all annual license taxes to date, or is not yet required to file such annual reports; and has not filed Articles of Dissolution.

I have affixed hereto the Great Seal of the State of Wyoming and duly generated, executed, authenticated, issued, delivered and communicated this official certificate at Cheyenne, Wyoming on this 21st day of October, 2020 at 9:13 PM.  This certificate is assigned ID Number 039818333.



_Edward A. Buchanan_
Secretary of State

**Trojan EV & GCC**

**DTX-2**

No 4:21-cv-03075

Notice:  A certificate issued electronically from the Wyoming Secretary of State's web site is immediately valid and effective.  The validity of a certificate may be established by viewing the Certificate Confirmation screen of the Secretary of State's website https://wyobiz.wyo.gov and following the instructions displayed under Validate Certificate.

TROJAN EV000146

**Wyoming Secretary of State**
Herschler Bldg East, Ste.100 & 101
Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only
WY Secretary of State
FILED: Oct 21 2020  9:11PM
Original ID: 2020-000953356

# Limited Liability Company
# Articles of Organization

**I.  The name of the limited liability company is:**
Trojan EV, LLC

**II.  The name and physical address of the registered agent of the limited liability company is:**
Cloud Peak Law, LLC
1095 Sugar View Dr Ste 500
Sheridan, WY 82801

**III.  The mailing address of the limited liability company is:**
1309 Coffeen Avenue  Suite 2253
Sheridan, Wyoming 82801

**IV.  The principal office address of the limited liability company is:**
1309 Coffeen Avenue  Suite 2253
Sheridan, Wyoming 82801

**V.  The organizer of the limited liability company is:**
Cloud Peak Law, LLC
1095 Sugar View Dr STE 500 Sheridan WY 82801

Signature: *Andrew Pierce*            Date: 10/21/2020
Print Name: **Andrew Pierce**
Title: **Authorized Individual**
Email: **reports@cloudpeaklaw.com**
Daytime Phone #: **(307) 683-0983**

**Wyoming Secretary of State**
Herschler Bldg East, Ste.100 & 101
Cheyenne, WY 82002-0020
Ph. 307-777-7311

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

> **W.S. 6-5-308. Penalty for filing false document.**
>
> (a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:
>
> (i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;
>
> (ii) Makes any materially false, fictitious or fraudulent statement or representation; or
>
> (iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**   ☐ An Individual   ☑ An Organization

The Wyoming Secretary of State requires a natural person to sign on behalf of a business entity acting as an incorporator, organizer, or partner. The following individual is signing on behalf of all Organizers, Incorporators, or Partners.

**Filer Information:**
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

| | | |
|---|---|---|
| Signature: | *Andrew Pierce* | Date: 10/21/2020 |
| Print Name: | Andrew Pierce | |
| Title: | Authorized Individual | |
| Email: | reports@cloudpeaklaw.com | |
| Daytime Phone #: | (307) 683-0983 | |



**Wyoming Secretary of State**
Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

## Consent to Appointment by Registered Agent

**Cloud Peak Law, LLC**, whose registered office is located at **1095 Sugar View Dr Ste 500, Sheridan, WY 82801**, voluntarily consented to serve as the registered agent for **Trojan EV, LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

Signature: *Andrew Pierce*  Date: **10/21/2020**

Print Name: **Andrew Pierce**

Title: **Authorized Individual**

Email: **reports@cloudpeaklaw.com**

Daytime Phone #: **(307) 683-0983**

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF ORGANIZATION

**Trojan EV, LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **21st** day of **October**, **2020** at **9:11 PM.**

Remainder intentionally left blank.



Filed Date: 10/21/2020

*Edward A. Buchanan*
Secretary of State

Filed Online By:

Andrew Pierce

on 10/21/2020