2/15/22, 2:16 PM  Linden Builders, Inc Mail - Response Required: Trademark Order #66861226 [ ref:_00DG0BmQx._5004R1gn5w5:ref ]

Case 4:21-cv-03075 Document 153-2 Filed on 06/20/23 in TXSD Page 1 of 14



Federico Nell <fnell@lindenbuilders.com>

---

## Response Required: Trademark Order #66861226 [ ref:_00DG0BmQx._5004R1gn5w5:ref ]

---

**Federico Nell** <fnell@lindenbuilders.com>  Wed, Mar 17, 2021 at 4:51 PM
To: "support@legalzoom.com" <support@legalzoom.com>

Yes, please proceed.

# Federico Nell

President

10801 Hammerly Blvd,

Suite 210

Houston, TX 77043

Cell : (832) 576-6241

Office : (281) 393-4008

Fax : (713) 999-0028





Trojan EV & GCC

**DTX-4**

No 4:21-cv-03075

TROJAN EV000024

**Electronic Privacy Notice:** This email and any attachments are intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any use or disclosure of this information is strictly prohibited. If you have received this communication in error, please reply to the sender, so that proper delivery can be arranged, and delete the original message and any attachments from your mailbox. Thank you for your cooperation.

On Wed, Mar 17, 2021 at 4:45 PM support@legalzoom.com <support@legalzoom.com> wrote:

 LegalZoom.com

Dear Federico,

We have conducted a Basic Federal Direct-Hit Search of your proposed Trademark, and have attached a report with your results to this email.

**Your Next Steps**
Please review the attached materials carefully. Once your review is complete, please reply to this email and tell us how you want to proceed. Your options are:

1. LegalZoom will process and file your Trademark application as is.

2. Submit a different name or logo — this means you can either update your previous submission or create a new mark altogether. You will receive a FREE Basic Federal Direct-Hit Search of the different mark (up to three searches are included with your Trademark application order).

3. Consult with an attorney about your Trademark and search results.*

4. Upgrade your order with a Comprehensive Trademark Search for more coverage of possible conflicts, including unregistered uses of marks similar to your proposed Trademark in commerce (for example, in business and website domain names).

**Please note:** If you want us to delay the processing of your Trademark application, contact us within 7 days from the date of this email. Otherwise, we will proceed with filing your Trademark application as is.

Please feel free to contact our Customer Care Team if we can be of further assistance. Simply reply to this email, or call us toll free at 1.800.773.0888. Our Customer Care Team is available Monday–Friday from 7 a.m.– 9 p.m. CST; Saturday – Sunday from 9 a.m.– 6 p.m. CST.

Best regards,

The LegalZoom Team

TROJAN EV000025

2/15/22, 2:16 PM                         Linden Builders, Inc Mail - Response Required: Trademark Order #62861226 [ ref:_00DG0BmQx._5004R1gn5w5:ref ]

Case 4:21-cv-03075 Document 153-2 Filed on 06/29/23 in TXSD Page 3 of 14

tel 855.787.1957 | fax 323.337.0743
www.LegalZoom.com | 9900 Spectrum Drive, Austin, TX 78717

Business Advantage Pro members can receive further guidance from an attorney for no additional cost. If you are a member, take advantage of your benefits by scheduling a consultation. If you are not a Business Advantage Pro member and would like more information about this valuable service, please visit us or call customer care at (877) 657-8787. Please note that Business Advantage Pro is not available in all states.

Your Trademark search report is subject to LegalZoom's Terms of Service. This is a service email related to your LegalZoom account. For more information about how LegalZoom uses your information, please see the Privacy Policy.

LegalZoom provides access to independent attorneys and self-help services at your specific direction. We are not a law firm or a substitute for an attorney or law firm. Prices, features, terms and conditions are subject to change without notice. LegalZoom is located at 9900 Spectrum Drive, Austin, TX 78717.

Please add services@emails.legalzoom.com to your address book.

This email was sent to: fnell@lindenbuilders.com

© LegalZoom.com, Inc. All rights reserved.

ref:_00DG0BmQx._5004R1gn5w5:ref

TROJAN EV000026

# YOUR TRADEMARK SEARCH RESULTS

In the following pages, you will find information about both registered and pending trademarks with the U.S. Patent and Trademark Office (USPTO) that may conflict with the one that you want to register.

Trademark text or literal element searched:

Trojan - EV

## What is a trademark conflict?
As part of your trademark application review, the USPTO searches its records for conflicts between your proposed mark and other federally registered or pending marks.  For examination purposes, a conflict exists when one trademark is confusingly similar with another trademark already registered or is pending registration.  The principal factors used by the USPTO to determine potential conflicts include:

- The similarity of the marks in appearance, sound, and meaning
- Whether the marks are used to sell similar types of products ("goods") or services
- The number of similar marks currently in use
- The similarity of established sales channels and the sophistication of the relevant buyers

**Please note:** To be considered a conflict, your trademark does not have to be identical to another trademark and the products and/or services associated with the marks do not have to be exactly the same. Conflicts are determined by the USPTO, not by LegalZoom.

Click here for more information about trademark conflicts.

## What should I do next?
Please review the following pages carefully. Once your review is complete, please email trademarksearch@legalzoom.com and tell us how you want to proceed.

Your options are:

1. LegalZoom will process and file your trademark application as is.
2. Submit a different name or logo — this means you can either update your previous submission or create a new mark altogether. You will receive a FREE Basic Federal Direct-Hit Search of the different mark (up to three searches are included with your trademark application order).
3. Consult with an attorney about your trademark and search results.*
4. Upgrade your order with a Comprehensive Trademark Search for more coverage of possible conflicts, including unregistered uses of marks similar to your proposed trademark in commerce (for example, in business and website domain names).

*\* Business Advantage Pro members can receive further guidance from an attorney for no additional cost.  If you are a member, take advantage of your benefits by scheduling a consultation.  If you are not a Business Advantage Pro member and would like more information on this valuable service, please visit us or call Customer Care at (877) 657-8787. Please note that Business Advantage Pro is not available in all states.*



TROJAN EV000027

| | |
|---|---|
| **Word Mark** | TROJAN FC |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Youth soccer academy; Arranging and conducting youth soccer training programs; soccer coaching; organization of soccer games and tournaments; Youth soccer club. FIRST USE: 20201201. FIRST USE IN COMMERCE: 20210204 |
| **Mark Drawing Code** | (0) UNKNOWN |
| **Serial Number** | 90559045 |
| **Filing Date** | March 4, 2021 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) TROJAN FC, INC. non-profit corporation CALIFORNIA 16701 Algonquin Street #119 Huntington Beach CALIFORNIA 92649 |
| **Attorney of Record** | Erik Ceja, Esq. |
| **Description of Mark** | The mark consists of a silhouette of a right-facing trojan soldier with a plumed helmet in the center of shield over the stylized words "TROJAN FC". |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| | |
|---|---|
| **Word Mark** | TROJAN |
| **Goods and Services** | IC 027. US 019 020 037 042 050. G & S: Yoga mats; floor mats; personal exercise mats |
| | IC 028. US 022 023 038 050. G & S: Exercise treadmills; stationary exercise bicycles; elliptical exercise machines; stair-stepping exercise machines; exercise equipment, namely, rowing machines; manually-operated exercise equipment; exercise equipment, namely, weightlifting machines, bars, benches, towers, cages, and racks; squat racks; clamps specially adapted for use with weightlifting bars; exercise weights; exercise weight plates; kettle bells; dumbbells; barbells; physical fitness equipment, namely, sandbags; storage racks for physical fitness equipment, namely, exercise weights; weight lifting belts; exercise equipment, namely, straps that are affixed to doors for performance of various exercises using body weight resistance; hand grips for exercise weights; exercise balls; medicine balls; jump ropes; abdominal wheel rollers for fitness purposes; exercise equipment in the nature of resistance bands; stretch bands used for yoga and physical fitness purposes; exercise equipment, namely, plyometric boxes |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90142792 |
| **Filing Date** | August 27, 2020 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 23, 2021 |
| **Owner** | (APPLICANT) Evolution Group USA LLC LIMITED LIABILITY COMPANY DELAWARE 1501 NE 26th Street Fort Lauderdale FLORIDA 33305 |
| **Attorney of Record** | Laura M. Konkel |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | **LIVE** |

| | |
|---|---|
| **Word Mark** | TROJANS |
| **Goods and Services** | IC 006. US 002 012 013 014 023 025 050. G & S: Key rings of non-precious metals; car emblems of non-precious metals; art work desktop statuary of non-precious metals; and metallic money clips. FIRST USE: 19760000. FIRST USE IN COMMERCE: 19760000 |
| | IC 012. US 019 021 023 031 035 044. G & S: Metal frames for metal license plates. FIRST USE: 19760000. FIRST USE IN COMMERCE: 19760000 |
| | IC 018. US 001 002 003 022 041. G & S: Umbrellas; luggage, namely, tote bags, hand luggage, garment bags and overnight bags; fanny packs; toiletry bags sold empty; briefcases; backpacks; duffel bags; wallets; business card cases; luggage tags; animal leashes; and dog collars. FIRST USE: 19760000. FIRST USE IN COMMERCE: 19760000 |
| | IC 024. US 042 050. G & S: Towels, stadium blankets, cloth pennants and cloth flags. FIRST USE: 19760000. FIRST USE IN COMMERCE: 19760000 |
| | IC 025. US 022 039. G & S: Clothing, namely, adult and children's T-shirts; adult and children's sweatshirts, adult and children's warm-up suits, adult and children's jackets, adult and children's sweaters, adult and children's jerseys, adult and children's tank tops, adult and children's shorts, men's shirts, ladies' tops, creepers, baby pants, sport shirts, baseball shirts, basketball jerseys, golf sweaters, night shirts, boxer shorts, adult and children's socks, baby booties, adult and children's tennis shoes, sandals, hats, caps, sport caps, visor caps, crew caps, baby caps, bandannas, scarves and ties. FIRST USE: 19760000. FIRST USE IN COMMERCE: 19760000 |
| | IC 041. US 100 101 107. G & S: Educational services, namely, providing classes, courses, seminars, educational research and training at the undergraduate, graduate, post-graduate, adult education and professional levels; and entertainment services, namely, conducting athletic competitions, organizing intercollegiate, community, and national sporting and cultural events; sports instruction; providing musical, band, dance, theatrical and dramatic performances; production and programming of television and radio programs. FIRST USE: 19760000. FIRST USE IN COMMERCE: 19760000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76288129 |
| **Filing Date** | July 19, 2001 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 29, 2002 |
| **Registration Number** | 2676784 |
| **Registration Date** | January 21, 2003 |
| **Owner** | (REGISTRANT) University of Southern California NON-PROFIT CORPORATION CALIFORNIA University Park, ADM 352 Los Angeles CALIFORNIA 900895013 |
| **Attorney of Record** | Scott A. Edelman |
| **Prior Registrations** | 1542654;2180585;AND OTHERS |

| | |
|---|---|
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20130126. |
| **Renewal** | 1ST RENEWAL 20130126 |
| **Live/Dead Indicator** | **LIVE** |

| | |
|---|---|
| **Word Mark** | TROJAN TIRE |
| **Goods and Services** | IC 012. US 019 021 023 031 035 044. G & S: TIRES; DUAL TIRES; DUAL TIRES WITH A SPACER IN BETWEEN THE TIRES; SAFETY DEVICES FOR INFLATABLE TIRES, NAMELY, NON-PNEUMATIC INSERTS FOR MAINTAINING TIRE INTEGRITY DURING RUN FLAT OR NEARLY RUN FLAT CONDITION. FIRST USE: 19930000. FIRST USE IN COMMERCE: 19930000<br><br>IC 017. US 001 005 012 013 035 050. G & S: TIRE-RELATED PRODUCTS, NAMELY, TIRE FILLS. FIRST USE: 19870400. FIRST USE IN COMMERCE: 19880000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 76647677 |
| **Filing Date** | September 28, 2005 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 23, 2007 |
| **Registration Number** | 3436587 |
| **Registration Date** | May 27, 2008 |
| **Owner** | (REGISTRANT) JALCOS HOLDINGS INC. CORPORATION CANADA 960 GATEWAY BURLINGTON, ONTARIO CANADA L7L 5K7 |
| **Attorney of Record** | Terrence L.B. Brown |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TIRE" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20170708. |
| **Renewal** | 1ST RENEWAL 20170708 |
| **Live/Dead Indicator** | **LIVE** |

© LegalZoom.com, Inc. All rights reserved.            Page 6                                        LEGALZOOM

TROJAN EV000032

| | |
|---|---|
| Word Mark | TROJAN AIR-CELL |
| Goods and Services | IC 012. US 019 021 023 031 035 044. G & S: Tires; safety devices for inflatable tires, namely, non-pneumatic inserts for maintaining tire integrity during run flat or nearly run flat condition. FIRST USE: 20070600. FIRST USE IN COMMERCE: 20070600<br><br>IC 017. US 001 005 012 013 035 050. G & S: TIRE-RELATED PRODUCTS, NAMELY, TIRE FILLS MADE OF NATURAL RUBBER FOR TIRES, TIRE FILLS MADE OF SYNTHETIC RUBBER FOR TIRES, TIRE FILLS MADE OF POLYURETHANE FOR TIRES, AND TIRE FILLS MADE OF ELASTOMERIC COMPOUNDS FOR TIRES. FIRST USE: 20070600. FIRST USE IN COMMERCE: 20070600 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Trademark Search Facility Classification Code | NOTATION-SYMBOLS Notation Symbols such as Non-Latin characters,punctuation and mathematical signs,zodiac signs,prescription marks |
| Serial Number | 76675977 |
| Filing Date | April 24, 2007 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | April 21, 2009 |
| Registration Number | 3771907 |
| Registration Date | April 6, 2010 |
| Owner | (REGISTRANT) JALCOS HOLDINGS INC. CORPORATION CANADA 960 Gateway Burlington, Ontario CANADA L7L 5K7 |
| Attorney of Record | Terrence L.B. Brown |
| Prior Registrations | 1822598 |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AIR CELL" APART FROM THE MARK AS SHOWN |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20190826. |
| Renewal | 1ST RENEWAL 20190826 |
| Live/Dead Indicator | **LIVE** |

© LegalZoom.com, Inc. All rights reserved.

Page 7

LEGALZOOM

TROJAN EV000033

| | |
|---|---|
| **Word Mark** | SOFTIRE CORE ENGINEERED: TROJAN TIRE |
| **Goods and Services** | IC 012. US 035. G & S: tires and tire related products; namely, layered fill therefor. FIRST USE: 19920401. FIRST USE IN COMMERCE: 19920401 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.05.01 - Horses<br>03.05.16 - Heads of horses, donkeys, zebras<br>03.05.24 - Stylized horses, donkeys, zebras<br>18.11.01 - Inner tubes; Tire marks; Tires; Tubes, tire<br>26.01.20 - Circles within a circle<br>26.01.21 - Circles that are totally or partially shaded. |
| **Serial Number** | 74326020 |
| **Filing Date** | October 28, 1992 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 30, 1993 |
| **Registration Number** | 1822598 |
| **Registration Date** | February 22, 1994 |
| **Owner** | (REGISTRANT) TROJAN TIRE, INC. CORPORATION CANADA 1097 North Service Road East Oakville, Ontario CANADA L6H 1A6<br><br>(LAST LISTED OWNER) JALCOS HOLDINGS INC. CORPORATION BY ASSIGNMENT CANADA 960 GATEWAY CANADA L7L 5K7 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | TERRENCE L.B. BROWN |
| **Prior Registrations** | 1628208 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ENGINEERED" and "TIRE" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The stippling shown in the drawing is for shading purposes only, and is not intended to designate any particular color. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20130724. |
| **Renewal** | 2ND RENEWAL 20130724 |
| **Live/Dead Indicator** | LIVE |

| | |
|---|---|
| **Word Mark** | TROJAN MOTO |
| **Goods and Services** | IC 007. US 013 019 021 023 031 034 035. G & S: Aftermarket motorcycle engine exhaust systems comprised of exhaust pipe, exhaust tips, exhaust headers, exhaust silencers, exhaust manifolds and mufflers |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 88855059 |
| **Filing Date** | March 31, 2020 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 28, 2020 |
| **Owner** | (APPLICANT) The Aftermarket Group, Inc. CORPORATION NORTH CAROLINA 110 Vista Blvd. Arden NORTH CAROLINA 287049457 |
| **Attorney of Record** | Henry B. Ward, III |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MOTO" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | **LIVE** |

| | |
|---|---|
| **Word Mark** | TROJAN-OH |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment services, namely, wrestling exhibits and performances by a professional wrestler and entertainer; Providing wrestling news and information via a global computer network. FIRST USE: 20170317. FIRST USE IN COMMERCE: 20170317 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87871473 |
| **Filing Date** | April 10, 2018 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 22, 2019 |
| **Registration Number** | 5719699 |
| **Registration Date** | April 9, 2019 |
| **Owner** | (REGISTRANT) Twola Heads Entertainment LLC LIMITED LIABILITY COMPANY CALIFORNIA 7719 Somerset Blvd Paramount CALIFORNIA 90723 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual. |
| **Live/Dead Indicator** | **LIVE** |

TROJAN EV000036

| | |
|---|---|
| **Word Mark** | TROJAN-ENZ |
| **Goods and Services** | IC 010. US 026 039 044. G & S: Condoms. FIRST USE: 19540319. FIRST USE IN COMMERCE: 19540319 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78314462 |
| **Filing Date** | October 16, 2003 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 25, 2004 |
| **Registration Number** | 2875092 |
| **Registration Date** | August 17, 2004 |
| **Owner** | (REGISTRANT) Armkel, LLC CORPORATION DELAWARE 469 North Harrison Street Princeton NEW JERSEY 085435297<br><br>(LAST LISTED OWNER) CHURCH & DWIGHT CO., INC. CORPORATION DELAWARE 500 Charles Ewing Boulevard Ewing NEW JERSEY 08628 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Nancy L. Rowe |
| **Prior Registrations** | 0600080 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20140728. |
| **Renewal** | 1ST RENEWAL 20140728 |
| **Live/Dead Indicator** | LIVE |