



UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

Commissioner for Trademarks
www.uspto.gov

## OFFICIAL USPTO NOTICE OF PUBLICATION UNDER 12(a)

**U.S. Application Serial No.**  90573175
**Mark:**  TROJAN-EV
**International Class(es):**  012
**Owner:**  Trojan EV, LLC
**Docket/Reference No.**

**Issue Date:**  November 3, 2021

**Your mark is scheduled to publish in the** *Trademark Official Gazette* **(TMOG) on November 23, 2021**.

**Your mark appears to be entitled to register** on the Principal Register, subject to any claims of concurrent use.

**What happens when your mark publishes.**  Within 30 days of the publication date, any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time) with the Trademark Trial and Appeal Board.  If no objection is filed, we will issue a registration.

**View your mark in the TMOG** after the publication date at **https://tmog.uspto.gov/** by selecting your publication date in the "issues" field, entering your serial number in the "search by" field, and clicking on the magnifying glass.

**Ensure that the information in the TMOG is correct.**  If any information is incorrect, promptly request correction using the "Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment" form at **https://teas.uspto.gov/office/ppa/**.  For more information, see **https://www.uspto.gov/trademark/trademark-updates-and-announcements/procedures-submitting-amendmentscorrections-trademark**.

**Direct questions** about this notice to the Trademark Assistance Center (TAC)at 1-800-786-9199 (select option 1) or **TrademarkAssistanceCenter@uspto.gov**.

---

**Email Address(es):**

hank@fasthofflawfirm.com



TROJAN EV000052

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, November 3, 2021 04:23 AM |
| **To:** | hank@fasthofflawfirm.com |
| **Subject:** | Official USPTO Notification of Notice of Publication: U.S. Trademark SN 90573175: TROJAN-EV |

<u>NOTIFICATION OF "NOTICE OF PUBLICATION"</u>

Your trademark application (U.S. Serial No. 90573175) is scheduled to publish in the *Official Gazette* on Nov 23, 2021. To preview the Notice of Publication, go to the Trademark Status & Document Retrieval (TSDR) database, accessible at <u>https://tsdr.uspto.gov/search.action?sn=90573175</u>. If you have difficulty accessing the Notice of Publication, contact the Trademark Assistance Center (TAC) by e-mail at <u>TrademarkAssistanceCenter@uspto.gov</u> or by telephone at 800-786-9199.

**PLEASE NOTE:**
1. The Notice of Publication may not be immediately available but will be viewable within 24 hours of this e-mail notification.
2. You will receive a second e-mail on the actual "Publication Date," which will include a link to the issue of the *Official Gazette* in which the mark has published.

Please confirm that the correspondence information shown in TSDR is correct. If the correspondence information is not correct, please update this information using the online Change of Correspondence Address Form, accessible at <u>https://teas.uspto.gov/ccr/cca</u>.

Do NOT hit "Reply" to this e-mail notification. If you find an error in the Notice of Publication, update the information using the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at <u>https://teas.uspto.gov/office/ppa</u>.

TROJAN EV000053

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 90573175 | FILING DATE | 03/11/2021 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | RAJA, AMER YASIN | L.O. ASSIGNED | N30-NOT FOUND |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 10/21/2021 |
| PUB DATE | N/A |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 10/21/2021 |
| LITERAL MARK ELEMENT | TROJAN-EV |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | TROJAN-EV |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

TROJAN EV000054

| NAME | Trojan EV, LLC |
|---|---|
| ADDRESS | STE 2253<br>1309 Coffeen Ave<br>Sheridan, WY 82801 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Wyoming |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 012 |
|---|---|
| DESCRIPTION TEXT | Motorized golf carts |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 012 | FIRST USE DATE | 10/01/2020 | FIRST USE IN COMMERCE DATE | 10/01/2020 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 10/20/2021 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 014 |
| 10/20/2021 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 013 |
| 10/20/2021 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 012 |
| 10/20/2021 | GNEA | O | EXAMINERS AMENDMENT E-MAILED | 011 |
| 10/20/2021 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 010 |
| 10/19/2021 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |
| 10/19/2021 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 10/19/2021 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 10/14/2021 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 10/14/2021 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 10/14/2021 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 10/07/2021 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 06/11/2021 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 03/15/2021 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Hank Fasthoff |
|---|---|
| CORRESPONDENCE ADDRESS | Hank Fasthoff<br>Fasthoff Law Firm PLLC<br>21 Waterway Ave., Suite 300<br>The Woodlands, TX 77380 |
| DOMESTIC REPRESENTATIVE | NONE |

TROJAN EV000055

# TROJAN-EV

TROJAN EV000056