| | |
|---|---|
| **From:** | GoDaddy |
| **Sent:** | Wednesday, October 21, 2020 5:54 PM CDT |
| **To:** | lindenbuilders@gmail.com |
| **Subject:** | Federico Nell, thank you for your order. |



Need help? Contact us.

Customer Number: 180153022

**Thanks for your order, Federico.**

Here's your confirmation for order number 1766422789. Review your receipt and get started using your products.

Access All Products

**Order Number: 1766422789**

| Product | Quantity | Term | Price |
|---|---|---|---|
| .COM Domain Registration<br>trojanev.com | 1 Domain | 10 Years | $126.20 |
| Full Domain Privacy and Protection<br>trojanev.com | 1 Unit | 1 Year | $71.46 |
| | | Subtotal: | $197.66 |
| | | Tax: | $0.00 |
| | | Total: | $197.66 |



Trojan EV & GCC

**DTX-7**

No 4:21-cv-03075

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**

TROJAN EV001819

**View Full Receipt**

---

NOTE: Your purchase includes enrollment in our automatic renewal service. This message confirms that during the checkout process, you agreed to [GoDaddy's Universal Terms of Service Agreement](), [Privacy Policy]() and [all other agreements applicable to your purchase](). You can obtain a list of all agreements and policies to which you agreed by contacting GoDaddy customer service. Your use of the purchased products is governed by the terms of these agreements and policies. If you wish to cancel your purchase, please learn more about our [Refund Policy](). This message also confirms that during the checkout process, you agreed to enroll your products in our automatic renewal service. This keeps your products up and running, automatically charging then-current renewal fees to your payment method on file, with no further action on your part. If you do not wish to continue using our automatic renewal service, you can cancel by visiting the [Renewals and Billing page]() in your account.

**Enjoy 25%* off new products.**

Use promo code gdbb2228g in your cart when you order.

**Start Shopping**

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                                                                                                    **TROJAN EV001820**

**Activate your products today.**

You have new products or services in your account waiting to be activated. You've paid for them – now put them to work.

Get Started

Set my Support PIN

*Offer good towards new product purchases only and cannot be used on product renewals. Cannot be used in conjunction with any other offer, sale, discount or promotion. Not applicable to ICANN fees, taxes, transfers, premium domains, premium templates, cloud server plans, WP Premium Support services, any marketing or design services performed by our Professional Web Services team, gift cards or Trademark Holders/Priority Pre-registration or pre-registration fees. After the initial purchase term, discounted products will renew at the then-current renewal list price. Offer may be changed without notice.

Prices are current as of 10/21/2020 and may be changed without notice.

Please do not reply to this email. Emails sent to this address will not be answered.

Copyright © 1999-2020 GoDaddy Operating Company, LLC. 14455 N. Hayden Rd, Ste. 219, Scottsdale, AZ 85260 USA. All rights reserved.

4170611523

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**

TROJAN EV001821