Remove



**Fabric Banner**
60" W x 30" H

Accessories: None

Edge Finish: Sewn Hem

Grommets: Every 2 ft

Pole Pockets: None

Edit Design

Duplicate & Modify

---

Remove



**Acrylic Sign**
11" W x 8" H

Drilled Holes Diameter: 3/8"

Drilled Holes Location: 4 Corners

Edge: Polished

Print Surface: Second Surface

Shape: Square / Rectangle

Standoffs: 4 Corners

Thickness: 1/8"

Edit Design

Duplicate & Modify

---

Remove



**Banner**
60" W x 30" H

Accessories: None

Edge Finish: Welded Hem

Grommets: Every 2-3 ft

Pole Pockets: None

Printed Sides: Single Sided

Thickness: 13 oz Vinyl

Edit Design

Duplicate & Modify

Trojan EV & GCC
**DTX-9**
No 4:21-cv-03075

CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                                                                                                                           TROJAN EV001828



More Info ⌃

| | | | |
|---|---|---|---|
| **Shipping Address** Multiple Addresses | **Billing Address** None | Item(s) Total | $2,427.80 |
| | | Discount | -$242.78 |
| | | Subtotal | $2,185.02 |
| | **Payment Method** None | Tax | $180.25 |
| | | Shipping & Handling | $0.00 |
| | | **Order Total** | **$2,365.29** |
| | | Paid | $2,365.29 |
| | | Balance Due | $0.00 |

| | | |
|---|---|---|
| | 60" x 30" Banner  Untitled | 🛒 Reorder This Item |
| | 60" x 30" Fabric Banner  Untitled | 🛒 Reorder This Item |
| | 11" x 8" Acrylic Sign  Untitled | 🛒 Reorder This Item |

« 1 »

CONFIDENTIAL-ATTORNEYS' EYES ONLY