DTX-22

This document has been filed under seal.