DTX-23

This document has been filed under seal.