



TROBAT0000049