

**TOP GOLF CO.,LTD**
**PROFORMA INVOICE**

No.: TOP05/30/2022
Date: MAY,30th,2022

**THE BUYER**  TROJAN-EV LLC
ADD: 16518 House Hahl RD, Cypress Texas 77433

**THE SELLER**  TOP GOLF CO.,LTD
ADD:11/F,Front block, Hang Lok Building, 130 Wing Lok St, Sheung Wan, HK

| Model | Mold Cost for Making Trojan-Ev XS | Unit price (USD) | |
|---|---|---|---|
| Front Grill with logo | | 15,000 | |
| Brush Guard with logo | | 15,000 | |
| Side Panel with logo | | 8,000 | |
| Clay Basket with logo | | 10,000 | |
| Seat Mold with logo | | 13,000 | |
| Key with logo | | 3,000 | |
| Front Cowl model with hidden logo | | 150,000 | |
| Back Cowl mold with hidden logo | | 250,000 | |
| Front Grill mold | | 25,000 | |
| Front Lights mold with logo | | 55,000 | |
| Backlights mold with logo | | 55,000 | |
| Steering Wheel mold | Add logo sticker | 22,000 | |
| Seat mold | | 28,000 | |
| Chassis mold with logo | | 35,000 | |
| Roof Top mold | | 100,000 | |
| Dashboard mold | | 58,000 | |
| Digital Display design with logo | | 150,000 | |
| Brake System design | | 30,000 | |
| Flip Down back seat with logo | | 45,000 | |
| Storage /cooler | Add logo sticker | 38,000 | |
| Motor | Add logo sticker | 55,000 | |
| Controller | Add logo sticker | 65,000 | |
| Dot windshield with logo | | 38,000 | |
| Wiper | | 48,000 | |
| RGB mirror | | 50,000 | |
| Controller App with logo | | 50,000 | |
| Flip Flop seat design | | 60,000 | |
| Wheels with logo | | 55,000 | |
| TOTAL VALUE | | 1,526,000 | |

(1). Payment terms:10% TT as deposit, and balance as molds are completed
(2) Delivery times: 6-8 month to make molds

(3). Account details :
Beneficiary bank name: HSBC
Bank account No. 801 200270 838
Beneficiary bank address: 1 Queen's Road Central, Hong Kong
Swift code : HSBCHKHHHKH
Beneficiary company:  TOP GOLF CO.,LIMITED
ADD:11/F,Front block, Hang Lok Building, 130 Wing Lok St, Sheung Wan, HK





Trojan EV & GCC
**DTX-26A**
No 4:21-cv-03075

CONFIDENTIAL - ATTORNEYS' EYES ONLY    TROJAN EV000205