| 序号 | 名称 | 图片 | 工艺 | mold fee USD |
|---|---|---|---|---|
| 1 | Front cowl | | injection mold | 30000 |
| 2 | dash | | injection mold | 36667 |



Trojan EV & GCC
**DTX-27**
No 4:21-cv-03075

CONFIDENTIAL-ATTORNEYS' EYES ONLY

TROJAN EV001825

| 3 | underbody | | injection mold | 66667 |
|---|---|---|---|---|
| 4 | retainer | | injection mold | 35485 |
| 5 | rear cowl green part | | injection mold | 45000 |

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**

**TROJAN EV001826**

| 6 | battery container | | injection mold | 21666.5 |
|---|---|---|---|---|
| 7 | underbody support | | injection mold | 92500 |
| 8 | front light | | injection mold | 41500 |
| | | | | 369485.5 |

CONFIDENTIAL-ATTORNEYS' EYES ONLY

TROJAN EV001827