# Trojan EV, LLC

## Profit and Loss

### January - December 2021

|  | TOTAL |
|---|---|
| **Income** |  |
| Sales of Product Income | 1,264,967.00 |
| Services | 18,475.00 |
| **Total Income** | **$1,283,442.00** |
| **Cost of Goods Sold** |  |
| AGM Batteries | 21,500.00 |
| Computer for Controller | 730.00 |
| Cost of Goods Sold | 619,538.90 |
| Delivery Paid Product Purchasing | 150.00 |
| Duty Fee | 180.00 |
| Insurance Containers | 346.50 |
| Marine Audio Sound Systems | 27,763.94 |
| Mold Fees | 25,000.00 |
| Ocean Freight Containers | 40,200.00 |
| Replacement Parts for Repairs | 1,000.00 |
| Reverse Cameras | 2,835.56 |
| Tariffs Containers | 27,376.69 |
| **Total Cost of Goods Sold** | **$766,621.59** |
| **GROSS PROFIT** | **$516,820.41** |
| **Expenses** |  |
| Advertising & Marketing | 3,080.42 |
| Advertising & Marketing Magazines | 5,350.00 |
| Bank Charges & Fees | 320.00 |
| Cart Repairs | 1,480.90 |
| Cost of Labor | 150.00 |
| Credit Card Processing Fees | 1,022.33 |
| Delivery of Carts to Dealer | 25,550.00 |
| Insurance | 1,174.60 |
| Insurance General Liability | 19,813.59 |
| Insurance Property | 9,395.59 |
| Interest Paid to Comerica Loan | 209.58 |
| Interest Paid to Short Term Loan for Carts | 345.00 |
| Legal & Professional Services | 22,368.86 |
| Office Supplies & Software | 5,819.74 |
| Payroll | 51,341.67 |
| Payroll Taxes | 4,917.63 |
| Postage | 424.86 |
| Purchases | 8,320.00 |
| **Total Expenses** | **$161,084.77** |
| **NET OPERATING INCOME** | **$355,735.64** |
| **NET INCOME** | **$355,735.64** |



Trojan EV & GCC

**DTX-30**

No 4:21-cv-03075

Accrual Basis  Wednesday, October 5, 2022 09:45 AM GMT-05:00

1/1

CONFIDENTIAL-ATTORNEYS' EYES ONLY