DTX-31

This document has been filed under seal.