

**EXHIBIT 7**
Continental Battery Company (R. Williams)
11/7/2022
Steno: Barbara Carey, RPR

Message

**From**: John Cegielski [jcegielski@conbtry.com]
**on behalf of** John Cegielski <jcegielski@conbtry.com>
**Sent**: 11/23/2020 5:02:34 PM
**To**: Jose Fuentes [jose@golfcartscypress.com]
**Subject**: Re: Quote on all of our 8 Volt golf batteries.

We have to stay @ 95.00 on price but i can do the core price at 25.00.

On Fri, Nov 20, 2020 at 2:55 PM Jose Fuentes <jose@golfcartscypress.com> wrote:
> Can you do 90 for the trojans and 25 on the cores?
>
> On Thu, Nov 19, 2020 at 4:14 PM John Cegielski <jcegielski@conbtry.com> wrote:
>> Ok have a good evening let me know if we can help you.
>>
>> On Thu, Nov 19, 2020 at 3:44 PM Jose Fuentes <jose@golfcartscypress.com> wrote:
>>> Thank you, I will let you know.
>>>
>>> On Thu, Nov 19, 2020 at 1:41 PM John Cegielski <jcegielski@conbtry.com> wrote:
>>>> We can sell you these for : We have three.
>>>>
>>>> Trojan T875 @ 95.00
>>>> Continentals 2GC-8V @ 80.00
>>>> US 8volt @ 87.00
>>>>
>>>> These are exchange pricing.
>>>>
>>>> Let me know your thoughts.
>>>> Thanks
>>>> John Cegielski
>>>> Market Mgr.
>>>> Continental Batteries
>>>> 713-299-2421 cell
>>>>
>>>>
>>>> Sent from my iPad
>>>
>>> --
>>> **Jose Fuentes**
>>>
>>> **Golf Carts of Cypress, LLC**
>>> **(832) 656-3356 - Cell**
>>> **(281) 369-8332 - Office**
>>> **(713) 999-0028 - Fax**
>>>
>>> **Billing Office**
>>> **10801 Hammerly Blvd, Ste 210**
>>> **Houston, Texas 77043**

**Trojan EV & GCC**
**DTX-34**
No 4:21-cv-03075

Confidential    CONBAT0000003

Showroom
16518 House & Hahl Rd
Cypress, TX 77433



**Electronic Privacy Notice:** This email and any attachments are intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any use or disclosure of this information is strictly prohibited. If you have received this communication in error, please reply to the sender, so that proper delivery can be arranged, and delete the original message and any attachments from your mailbox. Thank you for your cooperation.

--

# Jose Fuentes

# Golf Carts of Cypress, LLC

(832) 656-3356 - Cell
(281) 369-8332 - Office
(713) 999-0028 - Fax

Billing Office
10801 Hammerly Blvd, Ste 210
Houston, Texas 77043

Showroom
16518 House & Hahl Rd
Cypress, TX 77433

**Electronic Privacy Notice:** This email and any attachments are intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any use or disclosure of this information is strictly prohibited. If you have received this communication in error, please reply

to the sender, so that proper delivery can be arranged, and delete the original message and any attachments from your mailbox. Thank you for your cooperation.

Confidential

CONBAT0000005