United States District Court
Southern District of Texas
**ENTERED**
June 21, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TROJAN BATTERY COMPANY, LLC,  §<br>    Plaintiff, §<br>§<br>VS. §<br>§<br>GOLF CARTS OF CYPRESS, LLC §<br>and §<br>TROJAN EV, LLC, §<br>    Defendants. § | CIVIL ACTION NO. 4:21-CV-03075 |

## ORDER

The Court, having considered Plaintiff Trojan Battery Company, LLC's Unopposed Motion for Leave to File Under Seal Certain Trial Exhibits and Portions of Proposed Findings of Fact and Conclusions of Law is **GRANTED**.

SIGNED at Houston, Texas on June 21, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1 / 1